AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: S.D. Ohio, Western Division, Dayton | |
|---|---|---|
| Name (under which you were convicted): <br><br> Adam Jones | | Docket or Case No.: |
| Place of Confinement : <br> Madison Correctional Institution, P.O. Box 740, London, Ohio 43140 | Prisoner No.: <br> 705-208 | |
| Petitioner (include the name under which you were convicted) <br><br> Adam Jones      v. | Respondent (authorized person having custody of petitioner) <br> Warden, Madison Correctional Institution | |
| The Attorney General of the State of: Ohio Attorney General, Dave Yost | | |

## PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

     Court of Common Pleas for Miami County, Troy, Ohio

     (b) Criminal docket or case number (if you know):    Case No. 2013-CR-193

2.    (a) Date of the judgment of conviction (if you know):   03/14/2014

     (b) Date of sentencing:    04/21/2014

3.    Length of sentence:   8 yrs.

4.    In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes    ☑ No

5.    Identify all crimes of which you were convicted and sentenced in this case:

     Child Endangering [Ohio Revised Code 2919.22]

6.    (a) What was your plea? (Check one)

        ☑ (1)   Not guilty      ☐ (3)   Nolo contendere (no contest)

        ☐ (2)   Guilty           ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

      ☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

      ☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court:   Second District Court of Appeals, Miami County, Ohio

(b) Docket or case number (if you know):   Case No. 2014-CA-11

(c) Result:   Trial court judgments affirmed.

(d) Date of result (if you know):   01/23/2015

(e) Citation to the case (if you know):   State v. Jones, 2015-Ohio-196

(f) Grounds raised:   Sufficiency of the evidence; Weight of the evidence; Prosecutorial Misconduct

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes  ☑ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:   Miami County (Ohio) Court of Common Pleas

(2) Docket or case number (if you know):   Case No. 2013-CR-193

(3) Date of filing (if you know):   12/29/2014

(4) Nature of the proceeding:   Postconviction Petition [Ohio Revised Code 2953.21]

(5) Grounds raised:   Ineffective Assistance of Counsel for failing to secure and present medical

expert testimony on shaken baby syndrome.

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result:   Petition Denied.

AO 241 (Rev. 09/17)

        (8) Date of result (if you know):     10/14/2016

(b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ❐ Yes    ❐ No

        (7) Result:

        (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:

        (5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition: ☑ Yes ☐ No

(2) Second petition: ☐ Yes ☐ No

(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Petition denial appealed to highest state court: Supreme Court of Ohio Case No. 2018-0502, jurisdiction

declined 6/20/2018; Second Dist. Case No. 2016-CA-22, denied 02/23/2018

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
      laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
      supporting each ground. Any legal arguments must be submitted in a separate memorandum.

      **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
      state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
      forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Adam Jones received constitutionally ineffective assistance of counsel at trial due to counsel's

failure to secure and present medical expert testimony on shaken baby syndrome.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel failed to secure and present medical expert testimony on shaken baby syndrome at trial.

(b) If you did not exhaust your state remedies on Ground One, explain why:   State remedies were exhausted -

postconviction petition denied in trial court, appealed to Second District Court of Appeals, Case No. 2016-CA-22,

denied at 2018-Ohio-673, appealed to Supreme Court of Ohio, Case No. 2018-0502, jurisdiction declined at

06/20/2018 Case Announcement, 2018-Ohio-2380.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  The issues were raised.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  Postconviction Petition [Ohio Revised Code 2953.21]

Name and location of the court where the motion or petition was filed:

Miami County (Ohio) Court of Common Pleas

Docket or case number (if you know):  Case No. 2013-CR-193

Date of the court's decision:  10/14/2016

Result (attach a copy of the court's opinion or order, if available):

Denied.

(3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Second District Court of Appeals, Miami County, Ohio

Docket or case number (if you know):  Case No. 2016-CA-22

Date of the court's decision:  02/23/2018

Result (attach a copy of the court's opinion or order, if available):

Denied.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:       Not applicable.

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?         ☐  Yes         ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes         ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐   Yes     ☐ No

     (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ☐   Yes     ☐   No

     (2) If your answer to Question (d)(1) is "Yes," state:

     Type of motion or petition: _____

     Name and location of the court where the motion or petition was filed: _____

_____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

     (3) Did you receive a hearing on your motion or petition?    ☐   Yes     ☐ No

     (4) Did you appeal from the denial of your motion or petition?    ☐   Yes     ☐ No

     (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐   Yes     ☐ No

     (6) If your answer to Question (d)(4) is "Yes," state:

     Name and location of the court where the appeal was filed: _____

_____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐   Yes     ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes     ☐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                                    ❐ Yes      ❐ No

(4) Did you appeal from the denial of your motion or petition?                           ❐ Yes      ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❐ Yes      ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

(a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     ☑ Yes     ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

No. _____

_____

_____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     ☐ Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     ☐ Yes     ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Andrew Wannemacher

(b) At arraignment and plea:   Andrew Wannemacher

(c) At trial:   Andrew Wannemacher

(d) At sentencing:   Andrew Wannemacher

(e) On appeal:   Andrew Anastasi

(f) In any post-conviction proceeding:

Nikki Baszynski and Bill Mooney, 250 East Broad Street, Suite 1400, Columbus, Ohio 43215.

(g) On appeal from any ruling against you in a post-conviction proceeding:

Nikki Baszynski, 250 East Broad Street, Suite 1400, Columbus, Ohio 43215.

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☐ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The postconviction petition denial became final on 06/20/2018. This petition was filed inside of one year from that date.

AO 241 (Rev. 09/17)

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     Jones requests a writ of habeas corpus

ordering that his conviction and sentence [endangering children] be vacated,

or any other relief to which petitioner may be entitled.

Peter Galyardt - Ohio Attorney No. 0085439

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Petitioner is represented by counsel.  Counsel has signed this petition.