**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

ADAM JONES,

           Petitioner,    :    Case No. 3:19-cv-180

  - vs -                          District Judge Walter H. Rice
                                       Magistrate Judge Michael R. Merz

JEFF NOBLE, Warden,
  Madison Correctional Institution,

                                :

           Respondent.

## NOTICE OF DEADLINE

In the Order to Answer in this case, the Court provided that Petitioner's Reply would be due twenty-one days after the Return of Writ was filed (ECF No. 2, PageID 84). The Return of Writ was filed September 13, 2019 (ECF No. 9). Therefore Petitioner's Reply must be filed by October 4, 2019.

September 17, 2019.

                                                            s/ *Michael R. Merz*
                                                       United States Magistrate Judge